UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

Marina Iskhakova, on behalf of herself and
all others similarly situated

                     Plaintiff,

-v.-
888 CAPITAL PARTNERS, LLC,


                     Defendants.

-------------------------------------------------------------x

Civil Action No:
1:22-cv-4800

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 2, 2023

| For Plaintiff Marina Iskhakova | For Defendant 888 Capital Partners, LLC |
|---|---|
| /s/ Mark Rozenberg | /s/ Andrew Bochner |
| Mark Rozenberg | Andrew Bochner |
| Stein Saks, PLLC | Bochner IP, PLLC |
| One University Plaza | 295 Madison Ave 12th floor |
| Hackensack, NJ 07601 | New York, NY 10017 |
| Ph: (201) 282-6500 | Ph: (646) 971-0685 |
| mrozenberg@steinsakslegal.com | Andrew@bochnerip.com |

1

22-cv-4800 (NG)

## CERTIFICATE OF SERVICE

I certify that on January 2, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark Rozenberg
Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

So Ordered.

s/Nina Gershon, USDJ

Jan. 4, 2023

2